**Electronically Filed
Supreme Court
SCWC-29375
04-APR-2011
12:30 PM**

NO. SCWC-29375

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

———————————————————————————————————

STATE OF HAWAIʻI, Respondent/Plaintiff-Appellee,

vs.

STEVE OSHIRO, Petitioner/Defendant-Appellant.

———————————————————————————————————

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(ICA NO. 29375; CR. NO. 07-1-0957)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By:  Duffy, J., for the court[1])

Petitioner/Defendant-Appellant Steve Oshiro's

application for writ of certiorari, filed on February 22, 2011,

is hereby rejected.

DATED:  Honolulu, Hawaiʻi, April 4, 2011.

FOR THE COURT:

/s/ James E. Duffy, Jr.

Associate Justice



Michael Jay Green
for petitioner/defendant-
appellant on the application

Delanie D. Prescott-Tate,
Deputy Prosecuting Attorney,
for respondent/plaintiff-
appellee on the response

———————————————

[1] Considered by:  Recktenwald, C.J., Nakayama, Acoba, and Duffy, JJ., and Circuit Judge Alm, assigned by reason of vacancy.